## In re PETITION FOR REINSTATEMENT TO THE PRACTICE OF LAW OF Edward B. DICKSON.

### No. CX–93–653.

Supreme Court of Minnesota.

Feb. 7, 2003.

### ORDER

Edward B. Dickson through his attorney has advised the court that he desires to withdraw his petition for reinstatement to the practice of law, and the Director has advised the court that he has no objection to dismissal of the petition without prejudice.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Edward B. Dickson for reinstatement in the above-entitled matter be, and the same is, dismissed without prejudice and without costs to either party.

BY THE COURT
Paul H. Anderson
Associate Justice

## In re PETITION FOR DISCIPLINARY ACTION AGAINST Michael H. DAUB, an Attorney at Law of the State of Minnesota.

### No. C2–01–578.

Supreme Court of Minnesota.

Feb. 10, 2003.

### ORDER

Petitioner was suspended from the practice of law on October 4, 2001, for a period of at least four months. *In re Daub,* 634 N.W.2d 174 (Minn.2001). On April 18, 2002, petitioner filed a petition for reinstatement. The matter was heard by a Panel of the Lawyers Professional Responsibility Board on October 29, 2002. The Panel filed its recommendation on November 13, 2002. The Panel recommended that petitioner not be reinstated at this time and remain suspended.

Petitioner has notified this Court that he does not challenge the Panel recommendation and that this Court may enter an order denying his reinstatement.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition for reinstatement of Michael H. Daub be, and the same is, denied. If petitioner seeks reinstatement at some future date, he shall comply with the requirements of Rule 18, Rules on Lawyers Professional Responsibility.

BY THE COURT:
Paul H. Anderson
Associate Justice